**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FATIMA MULHOLLAND,<br><br>        Plaintiff,<br><br>v.<br><br>CLASSIC MANAGEMENT INC., et al.,<br><br>        Defendants. | CIVIL ACTION<br><br>No. 09-2525 |

**ORDER**

**AND NOW**, this 11th day of June, 2010, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** as follows:

(1) Defendants' motion to file a reply brief in support of their motion to dismiss the complaint (docket no. 13) is **GRANTED**; and

(2) Defendants' motion to dismiss the complaint (docket no. 10) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted as to (a) Count I, (b) Count VI, and (c) those portions of Counts II and V concerning (i) retaliation and (ii) discrimination on the basis of sex. The motion is otherwise denied.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.